UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:07-CR-95 (3) RM |
| ) | |
| TENIA VERDELL ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 29, 2007 [Doc. No. 44]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Tenia Verdell's plea of guilty, and FINDS the defendant guilty of Count 5 of the Indictment, in violation of 18 U.S.C. §§ 2 and 2320(a).

SO ORDERED.

ENTERED:  December 18, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court